UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: )
RICHARD ROBERT RODDY and )
DEBORAH LEAH RODDY, ) CASE NO. 11-
) CHAPTER 13
Debtors. )

## CHAPTER 13 PLAN

The Debtors submit the following Chapter 13 Plan:

1. The future earnings of the Debtors are submitted to the control and supervision of the Trustee, and the Debtors shall pay to the Trustee the sum of **$533.34** in months one through ten (1-10) and **$416.16** in months eleven through thirty-six (11-36) for a period of thirty-six (36) months.

2. From the payments so received, the Trustee shall make disbursements as follows:

   A. **PRIORITY CLAIMS**

   (1) The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate of ten percent (10%) of the amount of all payments under the Plan.

   (2) **BANKRUPTCY LAW FIRM OF LANSING J. ROY, P.A.** is owed the sum of $2,000.00 for representing the Debtor in this bankruptcy case. The Trustee shall pay this Creditor the sum of $2,000.00 with monthly payments in the amount of **$200.00** in months one through ten (1-10).

   B. **SECURED CLAIMS**

   (1) **MORTGAGE SERVICE CENTER** holds a first mortgage on Debtors' homestead property. There are no arrearages to this Claim. Payments will continue to be made by the Debtors outside the Chapter 13 Plan.

   (2) **BANK OF AMERICA** holds a second mortgage on Debtors' homestead property. There are no arrearages to this Claim. Payments will continue to be made by the Debtors outside the Chapter 13 Plan.

(3) **SPACE COAST CREDIT UNION** holds a purchase money security interest in a 2009 Mitsubishi Lancer with a secured claim of $12,738.00. The Trustee shall make the regular monthly payment of **$280.00**. The first regular monthly payment due upon completion of this Plan shall be the April 2014 payment.

(4) **WELLS FARGO BANK, N.A.** holds a mortgage on Debtors' real property, a vacant lot located in Auburndale, Florida. The Debtors propose surrender of their interest in this property. The Trustee shall make no payments to this Creditor for this secured claim.

(5) **WATER RIDGE HOA, INC.** holds a secured claim against Debtors' real property, a vacant lot located in Auburndale, Florida for unpaid homeowner's association dues. The Debtors propose surrender of their interest in this property. The Trustee shall make no payments to this Creditor for this secured claim.

C. **UNSECURED CLAIMS**

Any claims filed after the deadline for filing proofs of claim shall receive no distribution under this Plan unless specifically provided for above. Unsecured creditors, including those secured creditors who have deficiency claims or whose liens have been voided, who timely file claims shall receive full 100% distribution. The Trustee shall distribute **$94.54** in months eleven through thirty-six (11-36) among those unsecured creditors whose claims are filed and allowed for a total payment of $2,458.00.

3. **EXECUTORY CONTRACTS**. The Debtors do not reject any executory contracts.

4. **VESTING**. Title to all property of the estate shall revest in the Debtors upon confirmation of this Plan.

5. **RETENTION OF LIEN**. Secured creditors shall retain their liens until the allowed secured claim is paid in full.

6. **LATE FEES OR ATTORNEYS' FEES**. No creditor shall be entitled to any late fees, attorney's fees, other costs or interest other than the interest contained in the payments provided for by

the plan during this bankruptcy, including the life of this Plan, except as ordered by this Court, excluding existing student loan claims.

7. **INSURANCE**. Debtors shall keep the collateral which secures any debt paid under this Plan insured as provided for in the agreement between the Debtors and creditor.

8. **ADDITIONAL MOTION OR OBJECTION PERIOD.** Debtor will have thirty days after claims bar date to file any Motions or Objections to the claims that were timely filed. Any Order Confirming or Modifying the Plan will not be res judicata as to any Motions or Objections to timely filed claims brought pursuant to this paragraph.

DATED this 2nd day of March 2011

BANKRUPTCY LAW FIRM OF
LANSING J. ROY, P.A.

**Lansing J. Roy, Esquire**
Florida Bar No. 120716
**Christopher R. DeMetros, Esquire**
Florida Bar No. 0863467
**Kevin B. Paysinger, Esquire**
Florida Bar No. 0056742
Attorney for Debtors
1710 Shadowood Lane, Suite 210
Jacksonville, FL 32207
(904) 391-0030

3